In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00277-CV**

_____

**LIVALU, LLC AND RAFAEL GAYTAN ESPINOZA D/B/A LIVALU, LLC,**
**Appellants**

**V.**

**MARIA S. ONTIVEROS, INDIVIDUALLY AND ON BEHALF OF THE**
**ESTATE OF BERNARDO MARTINEZ, DECEASED AND**
**LESLIE GRACIELA MARTINEZ, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-03-03386**

_____

**MEMORANDUM OPINION**

Livalu, LLC and Rafael Gaytan Espinoza d/b/a Livalu, LLC, Appellants, filed

an agreed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1).

Appellants filed the motion before the appellate court issued a decision in the appeal.

1

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 22, 2025
Opinion Delivered October 23, 2025

Before Johnson, Wright and Chambers, JJ.